In the Matter of JAMES V. PETRILLO, Respondent, against JOHN LYNN, as Comptroller of the City of Mount Vernon, Appellant.

(Argued October 2, 1935; decided October 22, 1935.)

*Frank A. Bennett, Corporation Counsel* (*Harry Krauss* of counsel), for appellant.

*Frank F. Palmison* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.